

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2019

No. 04-19-00651-CV

**IN THE INTEREST OF A.B.S., A CHILD**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01300
Honorable Richard Garcia, Judge Presiding

# O R D E R

On October 21, 2019, before the appellate record was complete, *see* TEX. R. APP. P. 38.6(a), Appellant filed a motion for a thirty-day extension of time to file the brief, *see id.* R. 10.5(b), until November 20, 2019.

On October 31, 2019, after the reporter filed a missing exhibit, the appellate record became complete, and we set Appellant's brief due on November 20, 2019.

Appellant's motion is MOOT. *See id.* R. 38.6(a) (filing date).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2019.



_____
Michael A. Cruz,
Clerk of Court